394 A.2d 631

Weisman et al., Appellants, v. The Walso Bureau, Inc., et al.

Argued June 15, 1978.  Fred Lowenschuss, with him William D. Parry, for appellants;  G. Williams, with him Joseph B. Erwin, for appellees, Walso Bureau, Inc., and Rulli;  Leon W. Silverman, submitted a brief for appellee, Waldman.

Order affirmed.